Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PREMIER FABRICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROM GIRL, INC.; *et al.*,<br><br>Defendants. | Case No.: CV12-5980 CBM (JCx)<br><u>Honorable Consuelo B. Marshall</u><br><u>Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE[JS-6]** |

///
///
///
///

- 1 -

**ORDER:**

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.

SO ORDERED.

Dated: September 6, 2013   _____
Honorable Consuelo B. Marshall
U.S. District Court Judge